# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Brittany Mark,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Constitution State Services; and the Travelers Insurance Companies dba Travelers,<br><br>　　　　　Defendant. | Case No. 2:22-cv-01301-ART-DJA<br><br>**Order** |

Before the Court is the parties' stipulation for Plaintiff to amend her complaint. (ECF No. 5). Because the Court finds that the stipulation complies with Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15-1, the Court grants the stipulation.

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 5) is **granted.** Plaintiff must file and serve the amended pleading as required by Local Rule 15-1(b).

DATED: September 12, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE