# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY MARK,<br><br>    Plaintiffs,<br><br>v.<br><br>STEADFAST INSURANCE COMPANY; DOES 1 through 20, inclusive, ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-1301-ART-DJA<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff, Brittany Mark, by and through her counsel of record Evan Simonsen, Esq. of Clark Law Group, PLLC, and Defendant Steadfast Insurance Company, by and through its counsel of record, Eric O. Freeman, Esq. of Hawkins Parnell & Young, LLP, that the entire matter is hereby dismissed with prejudice. Each party to bear their own attorney fees and costs.

| CLARK LAW GROUP, PLLC | HAWKINS PARNELL & YOUNG LLP |
|---|---|
| /s/ Evan K. Simonsen | /s/ Eric O. Freeman |
| **C. JARED CLARK, ESQ.**<br>Nevada Bar No. 13672<br>**EVAN K. SIMONSEN, ESQ.**<br>Nevada Bar No. 13762<br>6655 W. Sahara Ave., Ste. A114<br>Las Vegas, NV 89146<br>*Attorneys for Plaintiff* | **ERIC O. FREEMAN, ESQ.**<br>Nevada Bar No. 6648<br>3960 Howard Hughes Pkwy., Suite 500<br>Las Vegas, NV 89169<br>*Attorneys for Defendant STEADFAST INSURANCE COMPANY* |

ORDER

Based on the forgoing stipulation between the parties and good cause shown,

IT IS SO ORDERED that the Complaint filed in the above-captioned matter, United States District Court, Case 2:22-cv-1301-ART-DJA is hereby dismissed with prejudice, with each party to bear it's own fees and costs.

Dated July 25, 2023.

_____
Anne R. Traum
UNITED STATES DISTRICT JUDGE